UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELINE FERNANDEZ, on behalf of herself
and all others similarly situated,

               Plaintiffs,

      -against-

UNIQUE VINTAGE, INC.,

               Defendant.

24-CV-04216 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As per my Order dated November 22, 2024, (ECF 13) a joint proposed case management

plan was due from the parties December 10, 2024. The parties have not complied.

      I am sua sponte extending the deadline for the joint status letter nunc pro tunc until

**tomorrow, December 12, 2024**.

DATED:  December 11, 2024
         New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge