UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>  -against-<br><br>UNIQUE VINTAGE, INC.,<br><br>          Defendant. | 24-CV-04216 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated December 17, 2024 (ECF 16), a joint status letter from the parties was due on January 13, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, January 15, 2024 at 5 p.m**.

DATED:  January 14, 2025
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge