UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fernandez,<br><br>                        Plaintiff,<br><br>           v.<br><br>Unique Vintage, Inc.,<br><br>                        Defendant. | 24-CV-4216 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 4, 2025, this Court ordered that, by March 31, 2025, either Plaintiff would file a Stipulation of Dismissal signed by both parties or the parties would file a joint letter proposing next steps in this litigation. *See* ECF No. 23. The docket reflects no filings on March 31 or after. As a one-time courtesy, the Court *sua sponte* EXTENDS the deadline for the above-referenced materials to **April 7, 2025**. The parties are cautioned that failure to comply with this Court's orders may result in sanctions.

SO ORDERED.

Dated: April 3, 2025
       New York, New York

                                                          DALE E. HO
                                                        United States District Judge